# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

October 21, 2020

*Via ECF*
The Honorable Victor Marrero
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: October 22, 2020

Re:   *United States v. Virgilio Llano*, 05 Cr. 1064 (VM)

Dear Judge Marreo:

    I represent Virgilio Llano on the above-captioned matter involving an alleged violation of supervised release. With the consent of the government and probation, I write to respectfully request that the Court adjourn the matter until November 16th, 17th, or 18th sometime between 10 am and 3 pm. I am unavailable on the currently scheduled date, November 6th.

    Additionally, without objection from the government, the probation officer and I respectfully request that the proceeding occur remotely. Mr. Llano is currently on bail and can participate via phone if that is acceptable to the Court.



Request GRANTED.
The conference currently scheduled for November 6, 2020 is rescheduled to November 20, 2020 at 4:00 pm.

SO ORDERED.
October 22, 2020
DATE   VICTOR MARRERO, U.S.D.J.

Respectfully submitted,

/s/ Annalisa Mirón
Annalisa Mirón
Attorney for Virgilio Llano

cc:   AUSA Kedar Bhatia
       Officer Marcela Tavarez