**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

October 26, 2020

*Via ECF*
The Honorable Victor Marrero
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: October 26, 2020
```

Re:   *United States v. Virgilio Llano*, 05 Cr. 1064 (VM)

Dear Judge Marreo:

    I represent Virgilio Llano on the above-captioned matter involving an alleged violation of supervised release. The Court previously adjourned the proceeding to November 19th, but the assigned probation officer is unavailable that day. Accordingly, with the consent of the government and probation, I write to respectfully request that the Court adjourn the matter until Friday, December 4th at 1030 am.

Respectfully submitted,

/s/ Annalisa Mirón
Annalisa Mirón
Attorney for Virgilio Llano

cc:   AUSA Kedar Bhatia
      Officer Marcela Tavarez

**Request GRANTED.** The conference is adjourned to December 4, 2020 at 10:30 am. Unless otherwise ordered by this Court, the conference shall be a teleconference. The participants are directed use the dial-in number 888-363-4749, with access code 8392198.

**SO ORDERED.**

October 26, 2020
DATE

/s/ Victor Marrero
VICTOR MARRERO, U.S.D.J.