# Federal Defenders
## OF NEW YORK, INC.

David E. Patton
*Executive Director*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: December 3, 2020

December 2, 2020

*Via ECF*
The Honorable Victor Marrero
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    *United States v. Virgilio Llano*, 05 Cr. 1064 (VM)

Dear Judge Marreo:

    The parties are scheduled to appear before the Court this Friday, December 4, 2020, on the above-captioned violation of supervised release matter. Unfortunately, Mr. Llano has not yet been arraigned on the specifications and we understand that the Court's practice is to refer the arraignment to a Magistrate Judge. We respectfully request that the Court adjourn Friday's proceeding to a date in January 2021 to permit the arraignment to occur, and for the parties to discuss whether they will reach a disposition on the matter.

    Respectfully submitted,

    /s/ Annalisa Mirón
    Annalisa Mirón
    Attorney for Virgilio Llano

cc:    AUSA Kedar Bhatia
    Officer Marcela Tavarez



Request **GRANTED.**
The hearing is hereby adjourned to January 15, 2021 at 2:30 p.m.

**SO ORDERED.**
December 3, 2020
DATE — VICTOR MARRERO, U.S.D.J.